TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00070-CV

Coldwell Banker/Richard Smith Realtors, Pat Van Hoy and 

Gretchen Woellner, Appellants

v.

Joyce D. Kubala and Edward F. Kubala, Appellees

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT

NO. 95-13008, HONORABLE SUZANNE COVINGTON, JUDGE PRESIDING 

 The parties to this appeal have filed a motion to have us withdraw our opinion and
dismiss this appeal. Because they also assert that they have resolved all matters in controversy
and no longer wish to pursue the litigation, we presume they wish to have the judgment withdrawn
as well.

 We grant their motion. Our opinion and judgment rendered September 16, 1999
are withdrawn. All other pending motions, including those for rehearing, are dismissed as moot. 

 This appeal is dismissed pursuant to the parties' agreement. See Tex. R. App. P.
42.1(a).

 

 Lee Yeakel, Justice

Before Justices Jones, B. A. Smith and Yeakel

Appeal Dismissed on Agreed Motion

Filed: March 2, 2000

Do Not Publish